SOUTHERN PACIFIC CO. *v.* CORPORATION COMMISSION OF ARIZONA ET AL.

No. 763.   Decided May. 25, 1959.

*George L. Buland, Burton Mason* and *Randolph Karr* for appellant.

*Wade Church,* Attorney General of Arizona, *Wm. S. Andrews,* Assistant Attorney General, and *Stanley W. Trachta* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

RODGERS *v.* UTAH.

No. 695, Misc.   Decided May 25, 1959.

*Lewis J. Wallace* for appellant.

*E. R. Callister,* Attorney General of Utah, and *Raymond W. Gee,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.